STATE OF MISSOURI, Respondent, v. MORRIS SULLIVAN, Appellant.

### Kansas City Court of Appeals, October 26, 1885.

AFFIRMANCE.—For failure to file an assignment of errors, brief, or statement, the record not disclosing any error committed by the trial court, judgment affirmed.

APPEAL from Pettis Criminal Court, HON. JOHN E. RYLAND, Judge.

*Affirmed.*

HALL, J.—In this case the appellant has failed to file an assignment of errors, a brief, or a statement. An examination of the record has failed to disclose any error committed by the trial court.

The judgment of the circuit court is affirmed. All concur.